IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to All Actions |

ORDER
SELECTING TIER TWO WATER PROVIDER BELLWETHER TRIAL POOL CASES

Pursuant to Case Management Order ("CMO") No. 13, Co-Lead Counsel for Plaintiffs, on behalf of the Plaintiffs' Executive Committee, with Co-Lead Counsel for Defendants, on behalf of the Defense Coordination Committee, provided the Court with their Joint Submission proposing three cases for inclusion in the Tier Two Water Provider Bellwether Trial Pool. (Dkt. No. 1930.) CMO No. 13 provides that the Court will select the cases for inclusion in this Trial Pool. (Dkt. No. 1049 ¶ H.) Having carefully reviewed the parties Joint Submission, the Court hereby **SELECTS** the following cases as the Tier Two Water Provider Bellwether Trial Pool:

| Case Name | CV Number | City/State |
|---|---|---|
| *City of Sioux Falls v. 3M Company, et al.* | 2:19-cv-1806-RMG | Sioux Falls, SD |
| *City of Stuart, Florida v. 3M Company, et al.* | 2:18-cv-03487-RMG | Stuart, FL |
| *Town of Ayer v. 3M Company, et al.* | 2:19-cv-03120-RMG | Ayer, MA |

AND IT IS SO ORDERED.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 13, 2021
Charleston, South Carolina