UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CITY OF STUART, FLORIDA, ) | |
| ) | MDL No. 2873 |
| Plaintiff, ) | |
| ) | |
| v. ) | Master Docket No. 2:18-mn-2873 |
| ) | |
| 3M COMPANY (f/k/a Minnesota Mining ) | Judge Richard Mark Gergel |
| and Manufacturing, Co.), TYCO FIRE ) | |
| PRODUCTS LP, CHEMGUARD, INC., ) | Civil Action No. 2:18-CV-03487 |
| BUCKEYE FIRE EQUIPMENT ) | |
| COMPANY, NATIONAL FOAM, INC., ) | |
| KIDDE FENWAL, INC., DYNAX ) | |
| CORPORATION, E.I. DU PONT DE ) | **Plaintiff's Notice of Filing Limiting Jury** |
| NEMOURS AND COMPANY, THE ) | **Instruction** |
| CHEMOURS COMPANY FC, L.L.C., ) | |
| CORTEVA, INC., DUPONT DE ) | |
| NEMOURS, INC., BASF CORPORATION, ) | |
| individually, and as successor in interest to ) | |
| Ciba Inc., and CLARIANT ) | |
| CORPORATION, individually, and as ) | |
| successor in interest to Sandoz Chemical ) | |
| Corporation. ) | |
| ) | |
| Defendants. ) | |

---

**Please Take Notice** that pursuant to the Court's directive when ruling on 3M's MIL #1 (ECF No. 3125),[1] Plaintiff has conferred with counsel for 3M regarding a proposed limiting instruction to address the 2006 EPA Settlement Agreement between EPA and 3M. As the parties were unable to agree upon a joint limiting instruction, Plaintiff submits its proposed limiting instruction (attached), which adheres to the instruction referenced in *In re E.I. Du Pont de Nemours*

---

[1] "The Court will consider, however, providing a limiting instruction for the Settlement Agreement. The parties are encouraged to meet and confer in good faith as to the drafting of such a limiting instruction in advance of the June 1, 2023 pretrial hearing in this matter." *Id.* at 4.

*& Co. C-8 Pers. Injury Litig.*, No. 2:13-md-2433, 2016 U.S. Dist. LEXIS 19880, at *1321-23 (S.D. Ohio Feb. 17, 2016).

Dated: May 31, 2023

Respectfully submitted,

<u>s/ Fred Thompson, III</u>
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

-and-

s/<u>Michael A. London</u>
Michael A. London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue of The Americas
10th Floor
New York, NY 10019
P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Fred Thompson, III*
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
